### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Dee Deidre F., | * |
| Plaintiff, | * |
| v. | * Civil Case No. JMC-21-3270 |
| Kilolo Kijakazi, Acting Commissioner of Social Security | * |
| Defendant. | * |

*******

### ORDER

It is hereby ordered by the United States District Court for the District of Maryland this 6th day of January, 2022, plaintiff, who has submitted a motion for leave to proceed *in forma pauperis* and affidavit in support thereof in lieu of the required filing fee, ECF 2, is GRANTED leave to proceed *in forma pauperis*, pursuant to 28 U.S.C. § 1915(a).

/s/
J. Mark Coulson
United States Magistrate Judge